O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PANES,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA L. VASQUEZ, Warden,<br><br>Respondent. | Case No. 8:17-cv-01305-DMG-KES<br><br>ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition [Doc. # 1], the other records on file herein, the Report and Recommendation of the United States Magistrate Judge [Doc. # 8], and the Amended Report and Recommendation of the United States Magistrate Judge [Doc. # 42]. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections [Doc. # 41] have been made. The Court accepts the amended report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Petition and this action.

DATED: March 29, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE