JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PANES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PATRICIA L. VASQUEZ, Warden,<br><br>　　　　Respondent. | Case No. 8:17-cv-01305-DMG-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Amended Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition and this action are dismissed.

DATED: March 29, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE